UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Carlos Maurice Sinclair　　　　　　　　　　　　Docket No. 5:15-CR-309-1BO

**Petition for Action on Supervised Release**

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Maurice Sinclair, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on July 19, 2016, to the custody of the Bureau of Prisons for a term of 55 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Carlos Maurice Sinclair was released from custody on November 19, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervising officer feels that the defendant would benefit from mental health treatment. The defendant has expressed an interest in receiving mental health treatment through the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　　　/s/ Jared Britt
Michael C. Brittain　　　　　　　　　　　　　　Jared Britt
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2549
　　　　　　　　　　　　　　　　　　　　　　　Executed On: December 11, 2018

**ORDER OF THE COURT**

Considered and ordered this ___11___ day of ___December___, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge